BEFORE: WILLIAM D. WALL							DATE:  6/23/05

UNITED STATES MAGISTRATE JUDGE					TIME: 11:30 AM

DOCKET NO.  CV 03-1675						ASSIGNED JUDGE: WALL

CASE NAME:  RAPHAEL ET AL. v. THE COUNTY OF NASSAU ET AL.

CIVIL CONFERENCE

Initial _____   Telephone-Status __X__   Settlement _____   Pretrial _____

Other _____

APPEARANCES:	Plaintiff	Dan Cherner

		Defendant	Sean Strockyj

				Liora Ben Sorek

SCHEDULING:

1.	The next Pretrial conference will be held on June 27th at 10:00 a.m.

THE FOLLOWING RULINGS WERE MADE: Plaintiff's motion of June 6, 2005 is decided as follows: as to the subpoena issued by the court, the motion is denied as moot.  The branch of the motion that seeks trial transcripts is granted, and the county is to produce a copy of the requested transcripts within three days of this order.

				SO ORDERED

				 s/ William D. Wall
				WILLIAM D. WALL
				United States Magistrate Judge