UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
Patrick Raphael, Ryan Henry, Kristy Dixson,
Donna Sayers, Bianca Ruiz

                   Plaintiff(s),                JUDGMENT

          -against-                        CV 03-1675(WDW)

Michael Mulcahy, Anthony Campagna,
Kevin Higbie
                   Defendant(s).
------------------------------------------------------X
**WALL, U.S.M.J.**

   A jury was selected on November 28, 2005 and the trial commenced on November 29, 2005, and the parties having presented the evidence, authorities and argument, and having closed the evidence on December 8, 2005, and the jury having deliberated and returned a verdict on December 8, 2005,

   IT IS ORDERED AND ADJUDGED, that Judgment is entered in favor of the defendants Michael Mulcahy, Anthony Campagna, and Kevin Higbie and against the plaintiffs Patrick Raphael, Ryan Henry, Kristy Dixson, Donna Sayers, and Bianca Ruiz, and the Complaint is dismissed on the merits.

Dated:      Central Islip, New York        ROBERT C. HEINEMANN
              December 14, 2005              CLERK OF THE COURT

                                                   by: /s/
                                                     Thomas Talbott
                                                     Deputy Clerk